UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 37690
   JAYANT JATKAR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-2626
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/15/05 and confirmed on 02/16/06.

   2. The case was converted to Chapter 7 after confirmation, 10/12/2007.

   3. The Debtor paid a total of $ 68640.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HARRIS BANK CONSUMER LOA | SECURED | 3747.54 | 275.52 | 3747.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6180.18 | 400.56 | .00 |
| BECKET & LEE LLP | UNSECURED | 27465.86 | 1780.20 | .00 |
| BECKET & LEE LLP | UNSECURED | 8536.62 | 553.27 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 941.25 | 56.29 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2267.03 | 146.92 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16506.36 | 1069.90 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 906.98 | 54.22 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 900.19 | 53.82 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3023.36 | 196.00 | .00 |
| DISCOVER BANK | UNSECURED | 5346.38 | 346.55 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WILLIAM C NORTH | SECURED | 43513.20 | 5835.64 | 43513.20 |
| JP MORGAN CHASE BANK | UNSECURED | 26392.07 | 1710.63 | .00 |
| JOHN E JUERGENSMEYER | UNSECURED | 19620.10 | 1271.69 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RUSSEL WINICK | UNSECURED | 9284.10 | 601.75 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 21216.45 | 1375.14 | .00 |
| AFNI/VERIZON | UNSECURED | 687.05 | 41.06 | .00 |
| JP MORCAN CHASE BANK | UNSECURED | 32674.46 | 2117.85 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CAPITAL ONE BANK | UNSECURED | 854.82 | 51.11 | .00 |

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 47260.74 | .00 | 182803.26 | .00 | 230064.00 |
| PRINCIPAL PAID | 47260.74 | .00 | .00 | .00 | 47260.74 |

```
INTEREST PAID            6111.16          .00     11826.96          .00     17938.12
TOTAL PAID              53371.90          .00     11826.96          .00     65198.86
```

The Debtor's attorney, NORDIN & STURINO              , was allowed $   2200.00
and was paid $   1700.00  direct and $    500.00  through the plan.

The Trustee received $   2941.14 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 05 B 37690 JAYANT JATKAR